# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELE ECHEVARRIA,**<br>　　　　Plaintiff<br><br>　v.<br><br>**CAROLYN W. COLVIN,**<br>**Commissioner of Social Security,**<br>　　　　Defendant | : 3:14cv1259<br>:<br>: (Judge Munley)<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, to wit, this 6th day of April 2015, it is hereby **ORDERED** as follows:

1. The Clerk of Court shall enter judgment in favor of Plaintiff Michele Echevarria and against the Commissioner of Social Security, as set forth in the following paragraph.

2. The Commissioner of Social Security's determination that plaintiff received an overpayment of disability benefits in the amount of $9,284.20 from December 1, 2006 through June 30, 2011 is **VACATED** and the case **REMANDED** to the Commissioner of Social Security for further proceedings pursuant to 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to close this case.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**s/ James M. Munley**
　　　　　　　　　　　　　　　　　　**JUDGE JAMES M. MUNLEY**
　　　　　　　　　　　　　　　　　　**United States District Court**